**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                                                                          4:11CV00198 SWW

2004 CADILLAC ESCALADE
VIN 1GYEK63N74R122912

### DECREE OF FORFEITURE

On March 1, 2011, a Verified Complaint of Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America. The complaint alleges that the property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) because it constitutes all conveyances, including aircraft, vehicles, or vessels, which are used or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

It appearing that process was fully issued in this action and returned according to law;

That notice of complaint was served on Jeff Wankum, attorney for administrative forfeiture claimant Erik Rollins, through Mr. Wankum's secretary, on April 27, 2011.

Notice of this action was published for thirty consecutive days beginning on March 9, 2011 on www.forfeiture.gov as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

No claims have been filed.

On June 23, 2011, a clerk's default was issued stating the following:

>2004 Cadillac Escalade, VIN 1GYEK63N74R122912
>and all persons and entities having
>interest in the defendant property

have failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

>2004 Cadillac Escalade, VIN 1GYEK63N74R122912
>and all persons and entities having
>interest in the defendant property

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

That the defendant property is hereby forfeited to the United States.

IT IS SO ORDERED this 28th day of JUNE 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE